# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| David Rolfsrud and Gena Rolfsrud, as Trustees of the David and Gena Rolfsrud Mineral Trust dated April 1, 2016,<br><br>    Plaintiffs,<br><br>v.<br><br>Continental Resources, Inc., and Petro-Hunt, L.L.C.,<br><br>    Defendants. | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br>Case No. 1:23-cv-109 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on November 30, 2023, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 15th day of August, 2023.

                                            */s/ Clare R. Hochhalter*
                                            Clare R. Hochhalter, Magistrate Judge
                                            United States District Court